UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| DPG USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-12771 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT ORDER**

It is hereby ordered that Plaintiff's Motion for Default Judgment (Dckt. No. [44]) is granted as follows, that Defendant NX Garden is deemed in default and that this final judgment is entered against Defendant NX Garden.

It is further ordered that:

1. Defendant NX Garden, its affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products; and

    c. effecting assignment or transfer, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding prohibitions set forth in Subparagraphs (a) and (b).

2. Pursuant to 35 U.S.C. §§ 284 and 289, Plaintiff is awarded damages from Defendant NX Garden for infringing U.S. Patent No. D1,041,869. Specifically, the Court hereby awards Plaintiff $1,000 in damages.

3. Plaintiff may enforce this Final Judgment Order as provided in the Federal Rules of Civil Procedure.

Date: May 30, 2025

                                                    Steven C. Seeger
                                                    United States District Judge